FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2025

SEAN F. McAVOY, CLERK

S. Peter Serrano
United States Attorney
Eastern District of Washington
Nowles Heinrich
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL JONATHAN HERNANDEZ,<br><br>Defendant. | 2:25-CR-128-TOR<br><br>INDICTMENT<br><br>Vios.: 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Cocaine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Distribution of 50 Grams or More of Actual (Pure) Methamphetamine<br>(Counts 2 and 3)<br><br>8 U.S.C. § 1326<br>Alien in the United States After Deportation<br>(Count 4)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about January 7, 2025, in the Eastern District of Washington, the Defendant, JOEL JONATHAN HERNANDEZ, did knowingly and intentionally

INDICTMENT – 1

distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about January 21, 2025, in the Eastern District of Washington, the Defendant, JOEL JONATHAN HERNANDEZ, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about February 7, 2025, in the Eastern District of Washington, the Defendant, JOEL JONATHAN HERNANDEZ, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 4

On or about May 27, 2025, the Defendant, JOEL JONATHAN HERNANDEZ, a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported, and removed from the United States on or about January 11, 2018, at El Paso, Texas, and on or about January 19, 2022, at Nogales, Arizona, was found in the United States, in the Eastern District of Washington, and he did not then have the express consent of the Attorney General or the Attorney General's successor, the Secretary of the Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, in violation of 8 U.S.C. § 1326.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 2

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841 as set forth in this Indictment, Defendant, JOEL JONATHAN HERNANDEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 20 day of August 2025.

A TRUE BILL

S. Peter Serrano
United States Attorney

Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 3